UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENESSA DOBNEY,<br>　　　　　　　　　Plaintiff,<br><br>　　　　-v-<br><br>THE WALT DISNEY CO. *et al.*,<br>　　　　　　　　　Defendants. | 23-CV-5380 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on June 26, 2023. Counsel for the plaintiff is directed to file an appearance with this Court no later than July 17, 2023.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by July 5, 2023.

    SO ORDERED.

Dated: June 27, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge