

**Kimberly Kalmanson**
PARTNER

w (646) 759-3655
c (718) 974-4500
f (646) 513-2936
e kim@kalmansoncohen.com
Admitted in NY Only

May 13, 2024

<u>**Via ECF**</u>
Hon. Margaret M. Garnett
U.S. District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:    <u>*Dobney v. The Walt Disney Co., et al., 23 CV 05380*</u>

Dear Judge Garnett:

The Parties in the above-referenced matter submit this joint letter pursuant to Your Honor's April 18, 2024 instruction. The Parties regret the tardiness of this submission; we were mistakenly under the impression that we were scheduled to submit a Joint Letter as of June 3, 2024 per a May 3, 2024 ECF entry by the Mediation Office.

The Parties mediated on May 3, 2024 with Mr. Noah Hanft.  The Parties participated in the session in good faith between 10am and approximately 5pm.  Unfortunately, the parties were unable to reach a resolution.  Since that time, the Parties have exchanged Initial Disclosures and are prepared to serve Requests for the Production of Documents, Interrogatory Requests, and HIPAA forms by May 17, 2024 as set forth in the Case Management Plan.

At this juncture it seems that the Parties will need to conduct at least some preliminary discovery before settlement discussions would be fruitful to revisit. We remain available to answer any questions at the pleasure of the Court.

Respectfully yours,

**KALMANSON COHEN, PLLC**

/s/ Kimberly Kalmanson
By: Kimberly Kalmanson
*Counsel for Plaintiff*

**McDERMOTT, WILL & EMERY LLP**

/s/ Kerry Scanlon
By: Kerry Scanlon
David Beach
Counsel for *Defendants*