

mwe.com

Kerry Alan Scanlon
Head of U.S. Labor & Employment
Litigation Practice
Kscanlon@mwe.com
+1 202 756 8696

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2024

October 11, 2024

<u>VIA ECF</u>

The Honorable Margaret M. Garnett
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Venessa Dobney v. The Walt Disney Company, et al*, Civil Action No. 1:23-cv-05380-MMG
      Joint Motion for a Stay Pending Mediation with a Private Mediator

Dear Judge Garnett,

    Defendants The Walt Disney Company, American Broadcasting Companies, Inc., Elizabeth Barrett, and Richard McHale (collectively, "defendants") and plaintiff Venessa Dobney, write pursuant to Your Honor's Individual Practices I.B.5. to respectfully request that the Court stay these proceedings to allow the parties to attempt to resolve their dispute through private mediation. In further support of this letter-motion, the parties state as follows:

1. The parties request this stay so that they can attempt to amicably resolve this dispute through mediation with a private mediator. The mediator they have agreed on is Stephen P. Sonnenberg.
2. The current deadline for fact discovery is October 18, 2024. A conference regarding summary judgment letters is currently scheduled for November 14, 2024. The expert discovery deadline is January 6, 2025.
3. There have been two previous requests for extension of time—one related to the briefing schedule for defendants' motion to dismiss and the other relating to defendants' time to answer the complaint.
4. All parties consent to this motion.
5. If the parties are unable to reach a resolution through mediation, the parties will so advise the Court and propose a new schedule for the remainder of the case.

GRANTED. All dates and deadlines are hereby STAYED pending the parties' private mediation. The November 14, 2024 post-fact discovery conference is hereby ADJOURNED *sine die*. The parties are hereby ORDERED to submit a status report to the Court by the earlier of the following dates: (1) seven days after the conclusion of their private mediation, or (2) **December 12, 2024**.

SO ORDERED. Dated October 11, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully,

Kerry Alan Scanlon

001-1531   Tel +1 202 756 8000   Fax +1 202 756 8087

nery LLP.